

257 So.2d 434

**Beverly Williams McELWEE**

**v.**

**William Tandy McELWEE, Jr.**

No: 52135.

Feb. 21, 1972.

In re: William Tandy McElwee, Jr. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Claiborne. 256 So.2d 477.

Application denied for the reasons stated in 260 La. 862, 257 So.2d 434.

■

257 So.2d 434

**Leonard LASSERE**

**v.**

**Lorraine Triche LASSERE.**

No. 52141.

Feb. 21, 1972.

In re: Leonard Lassere applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 255 So.2d 794.

Writ refused. As to the claim for an increase in alimony, the judgment is not final. In all other respects, the judgment is correct.

■

257 So.2d 434

**Beverly Williams McELWEE**

**v.**

**William Tandy McELWEE, Jr.**

No. 52133.

Feb. 21, 1972.

In re: Beverly Williams McElwee applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Claiborne. 255 So.2d 883.

Application denied. Due to the exceptional circumstances (Mrs. McElwee died Jan. 20) and since there is no rule specifically covering the situation, we have considered these applications on their merits. On the facts found by the Court of Appeal and the specifications of errors before us, we cannot say that the Court of Appeal was in error.